```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 20621
   JOSEPH L STAMPS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8523

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/07/2008 and was confirmed 10/20/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 02/23/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AIS SERVICES LLC           UNSEC W/INTER    850.12           .00            .00
WASHINGTON MUTUAL          NOTICE ONLY    NOT FILED          .00            .00
DEUTSCHE BANK              NOTICE ONLY    NOT FILED          .00            .00
1973 S TRUMBULL AVE CHGO   NOTICE ONLY    NOT FILED          .00            .00
MEDICAL COLLECTION         UNSEC W/INTER NOT FILED           .00            .00
WAMU                       NOTICE ONLY    NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER   1328.66           .00            .00
AMERICAS SERVICING COMPA   CURRENT MORTG      .00            .00            .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE      .00            .00            .00
CANAC KITCHENS             SECURED         2498.00         11.77         181.39
AMERICAS SERVICING COMPA   MORTGAGE NOTI NOT FILED          .00            .00
ARROW FINANCIAL SERV       UNSEC W/INTER    611.27          .00            .00
ARROW FINANCIAL SERV       UNSEC W/INTER   1135.07          .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER    194.01          .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       3842.21          .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY    2,775.00                      650.48
TOM VAUGHN                 TRUSTEE                                       66.36
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                910.00

PRIORITY                                       .00
SECURED                                     181.39
    INTEREST                                 11.77
UNSECURED                                      .00
ADMINISTRATIVE                              650.48
TRUSTEE COMPENSATION                         66.36
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20621 JOSEPH L STAMPS
```

```
                                  ---------------      ---------------
TOTALS                                     910.00               910.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/26/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```